AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Affirmative Insurance Company, Anne Melissa Dowling, Acting Director of Insurance of the State of Illinois acting in her capacity as the statutory and court-affirmed Liquidator of Affirmative Insurance Company,<br>*Plaintiffs*<br>v. | Civil Action No.   5:14-04087-JMC |
| Vikki Sheppard<br>individually and as Personal Representative of the Estate of Arthur B Sheppard, Travis K Williams, Earl Bruce<br>*Defendants/Movant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Affirmative Insurance Company shall take nothing of Defendants, Travis K. Williams, Earl Bruce and Movant, Vikki Sheppard's as to their 12(b)(1) motion in regard to Plaintiff's claim seeking a declaration that it has not acted in bad faith and this claim is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having granted in part the defendants' and Sheppard's motion to dismiss.

Date:   August 19, 2016                                             *CLERK OF COURT*

                                                                                    s/Angie Snipes
                                                                    *Signature of Clerk or Deputy Clerk*